# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

KEITH RUSSELL JUDD,

        Petitioner,

vs.                                                       Case No. 3:05-cv-420-J-32HTS

UNITED STATES OF AMERICA,

        Respondent.

## ORDER

This case is before the Court on Keith Russell Judd's ("Judd") Motion for Relief from Judgment in 28 U.S.C. § 2255 proceedings by Independent Action Under Fed.R.Civ.P. 60(b) (Doc. 1). Judd has not served the United States Attorneys' Office in the Middle District of Florida with this motion. Judd's motion purports to be an "independent action" that seeks this Court to provide relief from a Judgment against Judd in a 28 U.S.C. § 2255 proceeding in the United States District Court for the Western District of Texas. Because 28 U.S.C. § 2255 requires a petitioner to collaterally challenge his conviction in the Court which imposed the sentence (which it appears Judd did), Judd must seek relief from the § 2255 judgment in that same Court (the Western District of Texas). Judd has provided this Court no cognizable basis to exercise jurisdiction over his claim. Accordingly, it is hereby **ORDERED**:

Keith Russell Judd's Motion for Relief from Judgment in 28 U.S.C. § 2255 proceedings by Independent Action Under Fed.R.Civ.P. 60(b) (Doc. 1) is **DISMISSED** for lack of jurisdiction.  The Clerk is Ordered to close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 9th day of June, 2006.

TIMOTHY J. CORRIGAN
United States District Judge

t.
Copies to:  Pro se party